

**SO ORDERED,**

*Judge Jason D. Woodard*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

KIMBERLY ROWLAND SAPPINGTON              18-14583-JDW

ORDER SUSTAINING OBJECTION TO EXEMPTIONS (DKT. #22)

THIS MATTER came before this Court on the Objection to Exemptions on Amended Schedule C (Dkt. #22) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the Court having been advised that the Debtor failed to respond or amend Schedule C as necessary, finds that the Objection should be sustained.

IT IS THEREFORE ORDERED that:

1. The Objection shall be and is hereby sustained.

2. The claimed exemption for the checking account shall be and is hereby disallowed.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com